**Stephen T. VOGRIN, Plaintiff–Appellant,**

v.

**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS; United States of America, Defendants–Appellees.**

No. 01–1491.

United States Court of Appeals,
Fourth Circuit.

Submitted June 20, 2001.

Decided July 3, 2001.

Stephen T. Vogrin, pro se. Michael C. Colville, Office of the United States Attorney, Pittsburgh, PA; Colette Gianna Matzzie, United States Department of Justice, Washington, DC, for appellees.

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

PER CURIAM.

Stephen T. Vogrin appeals the district court's order granting the Bureau of Alcohol, Tobacco and Firearms' motion to dismiss. We have reviewed the record and the district court's memorandum opinion and order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Vogrin v. Bureau of Alcohol, Tobacco & Firearms,* No. CA–98–117–5 (N.D.W.Va. Mar. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*